# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**PERNELL ROBINSON, JR.**                                                              **PLAINTIFF**

V.                              NO. 1:14CV00035-JLH-BD

**MIKE SMITH, et al.**                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE